# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HAL G. SMITH, III,** *et al.*, | : |
|     **Plaintiffs,** | : |
| **vs.** | :   CA 2:08-0639-KD-C |
| **VALHALLA RANCH, L.L.C.,** *et al.*, | : |
|     **Defendants.** | : |

## *JUDGMENT*

In accordance with the order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' Motion to Remand (Doc. 6) be **GRANTED** and that the case be **REMANDED** back to the Circuit Court of Marengo County, Alabama, where it was originally filed.

    **DONE** this 12th day of January, 2009.

               /s/ Kristi K. DuBose
               **KRISTI K. DuBOSE**
               **UNITED STATES DISTRICT JUDGE**